UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 11-62445-MGD |
| | * | |
| JAMES CHRISTOPHER KUNKEL, | * | |
| AND | * | CHAPTER 13 |
| AMANDA ORLANDO KUNKEL, | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

### RE-NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that **James Christopher Kunkel** and **Amanda Orlando Kunkel,** filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed. The proposed modification was filed on ___06/04/2013___. If the twenty-third day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:  US Courthouse
Clerks Office Room 1340
75 Spring Street, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 3311 Hillside Drive, Powder Springs, GA 30127.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on in Court Room 1201 (12th

/pw

Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 9:50 AM, on July 10, 2013. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the Confirmed Plan without further order or notice.**

                                                  Respectfully submitted,

                                                  By:    s/

Clark & Washington, LLC                  Cristina Digiannantonio
3300 Northeast Expressway               Attorney for the Debtor
Building 3                                                     GA Bar No. 893510
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

/pw

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.11-62445-MGD |
| | * | |
| JAMES CHRISTOPHER KUNKEL, | * | |
| AND | * | CHAPTER: 13 |
| AMANDA ORLANDO KUNKEL | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL

**James Christopher Kunkel and Amanda Orlando Kunkel** Debtors, propose to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

MODIFICATION OF PLAN

**James Christopher Kunkel and Amanda Orlando Kunkel** Debtors, hereby modify the Chapter 13 Plan, which the Court confirmed on October 18, 2011 as follows:

1.

Debtors modify the Chapter 13 Plan paragraph 2 – Plan Payments and Length of Plan**,** to retroactively **DECREASE** Plan payment from **$580.00 per month** to **$100.00 per month beginning January 2013.**

2.

Debtors modify the Chapter 13 Plan paragraph 2 – Plan Payments and Length of Plan, to **ADD** the following step provision(s):  Plan payments will increase by $452.00  in March 2013 upon completion of the Consent order stipulation payment for the motion for relief.

*/pw*

**3.**

Debtor modifys the Chapter 13 Plan paragraph 6(A)(ii)(a) - Claims to Which Section 506 Valuation is NOT Applicable, to **CHANGE TO REFLECT** the following:

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Claim amount | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| GE MONEY | 1997 Harley Davidson | 12/2008 | $2150.00 | 4.00% | $15.00 beginning January 2013. Then payment stepping to $40.00 March 2013 (previously $50.00) |
| Santander | 2006 Dodge Charger | 3/2009 | $9,872.00 | 4.00% | $37.50 beginning January 2013. Then payment stepping to $208.00 March 2013.(previously $85.00 to $225.00 beginning March 2012) |

**4.**

Debtor modifys the Chapter 13 Plan paragraph 6(B) - Claims Secured by Real Property Which Debtor Intends to Retain, to **CHANGE TO REFLECT** the following:

| (a) Creditor | (b) Property description | (c) Estimated pre-petition arrearage | (d) Projected monthly arrearage payment |
|---|---|---|---|
| Suntrust | Residence | $12,347.00 | $37.50 beginning January 2013. Then payment stepping to $228.00 March 2013. (previously $250.00 beginning March 2012) |
| Country Walk HOA | Residence | $463.00 | $0.00 January 2013. Then payment stepping to $20.00 March 2013 (previously $0.00 to $20.00 beginning March 2012) |

WHEREFORE Debtors pray:

(a)  That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;

*/pw*

  (b)  That this Honorable Court grant this Modification; and,

  (c)  That this Honorable Court grants such other and further relief as it may deem just and proper.

                Respectfully submitted,

                By:  s/_____

Clark & Washington, PC         Cristina Digiannantonio
3300 Northeast Expressway        Attorney for the Debtor
Building 3                GA Bar No. 893510
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

*/pw*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *   CASE NO.11-62445-MGD |
| | * |
| JAMES CHRISTOPHER KUNKEL, | * |
| AND | *   CHAPTER: 13 |
| AMANDA ORLANDO KUNKEL | * |
| | * |
| | * |
| DEBTORS. | * |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We, James Christopher Kunkel and Amanda Orlando Kunkel, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of our information and belief.

Date this   28th day of February, 2013


Signed    s/_____
                James Christopher Kunkel


Signed    s/_____
                Amanda Orlando Kunkel

/pw